United States Bankruptcy Court
Eastern District of Michigan

In re:

Daniel Luca                                                   Chapter 7

Debtor.
_____/

### Affidavit Re: 2021 and 2022 Tax Returns

NOW COMES the Debtor, Daniel Luca, first being duly sworn deposes the following:

1. That I was not required to file 2021 and 2022 tax returns because I had insufficient income.

Dated: March 8, 2023

_____
Daniel Luca

On this, the ____ day of March, 2023, before me a notary public, the undersigned officer, personally appeared Daniel Luca, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the same for the purposes therein contained.

In witness hereof, I hereunto set my hand and official seal.

_____
Notary Public

MONA MAHDI
County of Wayne
NOTARY PUBLIC
STATE OF MICHIGAN
Expires 05-28-2026